UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            **Plaintiff,**<br><br>     **v.**<br><br>**MANUEL QUINTERO,**<br><br>            **Defendant.** | **1:02-cr-5379-OWW**<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO PROCEED IN FORMA PAUPERIS** |

   Good cause having been shown, Defendant's motion to proceed in forma pauperis (Doc. 97) is GRANTED.

IT IS SO ORDERED.

**Dated:   March 3, 2011**              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

**1**